Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 13, 20 25
Ravi Subramanian, Clerk

By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff,

　　　　v.

JAMES CLIFFORD CREDIT, and

LARON CARNELL JOHNSON,

　　　　　　　Defendants.

NO.　　CR25-168 KKE

INDICTMENT

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of Firearms)

On or about April 16, 2025, in King County, within the Western District of Washington, JAMES CLIFFORD CREDIT, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

　　　　i.　　*Felon in Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number 2:21CR00098JLR-001, on or about August 15, 2022;

Indictment - 1
*United States v. Credit and Johnson*
USAO No. 2025R00578

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

ii.   *Theft in the First Degree* (three counts) and *Theft in the Second Degree* (three counts), in King County Superior Court, Washington, under case number 21-1-05719-8, on or about March 8, 2024;

iii.  *Theft in the First Degree* and *Trafficking in Stolen Property in the Second Degree*, in King County Superior Court, Washington, under case number 20-1-04106-4, on or about March 8, 2024;

iv.   *Identity Theft in the First Degree* (three counts), in King County Superior Court, Washington, under case number 16-1-04906-7, on or about September 8, 2017; and

v.    *Unlawful Possession of a Firearm in the Second Degree*, in King County Superior Court, Washington, under case number 17-1-01086-0, on or about on or about September 8, 2017;

and LARON CARNELL JOHNSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.    *Assault in the Second Degree*, in King County Superior Court, Washington, under case number 19-1-00961-2 KNT, on or about March 20, 2020;

ii.   *Theft in the First Degree and Assault in the Third Degree*, in King County Superior Court, Washington, under case number 19-1-02292-9 KNT, on or about March 20, 2020; and

iii.  *Theft in the First Degree, Assault in the Third Degree*, and *Organized Retail Theft in the Second Degree*, in King County Superior Court, Washington, under case number 19-1-00567-6 KNT, on or about March 20, 2020;

did, in and affecting interstate and foreign commerce, knowingly possess firearms, and aid and abet one another in the possession of firearms, that is: a Glock Model 19 9x19mm pistol and a Glock Model 27 .40 S&W caliber pistol, both of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

Indictment - 2
*United States v. Credit and Johnson*
USAO No. 2025R00578

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Unlawful Possession of Ammunition)

On or about April 16, 2025, in King County, within the Western District of Washington, JAMES CLIFFORD CREDIT, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Felon in Possession of a Firearm*, in United States District Court for the Western District of Washington, under case number 2:21CR00098JLR-001, on or about August 15, 2022;

ii. *Theft in the First Degree* (three counts) and *Theft in the Second Degree* (three counts), in King County Superior Court, Washington, under case number 21-1-05719-8, on or about March 8, 2024;

iii. *Theft in the First Degree* and *Trafficking in Stolen Property in the Second Degree*, in King County Superior Court, Washington, under case number 20-1-04106-4, on or about March 8, 2024;

iv. *Identity Theft in the First Degree* (three counts), in King County Superior Court, Washington, under case number 16-1-04906-7, on or about September 8, 2017; and

v. *Unlawful Possession of a Firearm in the Second Degree*, in King County Superior Court, Washington, under case number 17-1-01086-0, on or about on or about September 8, 2017;

and LARON CARNELL JOHNSON, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i. *Assault in the Second Degree*, in King County Superior Court, Washington, under case number 19-1-00961-2 KNT, on or about March 20, 2020;

ii. *Theft in the First Degree and Assault in the Third Degree*, in King County Superior Court, Washington, under case number 19-1-02292-9 KNT, on or about March 20, 2020; and

Indictment - 3
*United States v. Credit and Johnson*
USAO No. 2025R00578

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

iii.    *Theft in the First Degree, Assault in the Third Degree*, and *Organized Retail Theft in the Second Degree*, in King County Superior Court, Washington, under case number 19-1-00567-6 KNT, on or about March 20, 2020;

did, in and affecting interstate and foreign commerce, knowingly possess ammunition, and aid and abet one another in the possession of ammunition, that is:

(a)    .40 caliber rounds of ammunition loaded in a 10-round Glock magazine (located in a North Face backpack);

(b)    9mm caliber rounds of ammunition loaded in a 10-round Glock magazine (located in a North Face backpack);

(c)    9mm caliber rounds of ammunition loaded in a 31-round Glock magazine (located in the center console);

(d)    9mm caliber rounds of ammunition loaded in a 50-round drum magazine (located in a MGM leather backpack); and

(e)    9mm caliber rounds of ammunition loaded in a 10-round Glock magazine (located in a MGM leather backpack);

all of which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of an offense alleged in Counts 1 and 2, JAMES CLIFFORD CREDIT and LARON CARNELL JOHNSON shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

Indictment - 4
*United States v. Credit and Johnson*
USAO No. 2025R00578

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

a.  a Glock Model 19 9x19mm pistol, and any associated ammunition;

b.  a Glock Model 27 .40 S&W caliber pistol, and any associated ammunition;

c.  .40 caliber rounds of ammunition loaded in a 10-round Glock magazine (located in a North Face backpack);

d.  9mm caliber rounds of ammunition loaded in a 10-round Glock magazine (located in a North Face backpack);

e.  9mm caliber rounds of ammunition loaded in a 31-round Glock magazine (located in the center console);

f.  9mm caliber rounds of ammunition loaded in a 50-round drum magazine (located in a MGM leather backpack); and

g.  9mm caliber rounds of ammunition loaded in a 10-round Glock magazine (located in a MGM leather backpack).

//

//

//

Indictment - 5
*United States v. Credit and Johnson*
USAO No. 2025R00578

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 8/13/2025

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____

FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
JESSICA M. MANCA
Assistant United States Attorney

Indictment - 6
*United States v. Credit and Johnson*
USAO No. 2025R00578

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970